**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1433**

In re:  CRAIG ORLER,

　　　　　Petitioner.

On Petition for Writ of Mandamus.  (3:18-cv-00137-GMG-RWT)

Submitted:  August 20, 2019　　　　　　　　　　Decided:  August 22, 2019

Before FLOYD and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Craig Orler, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Craig Orler filed a petition for writ of mandamus seeking an order compelling the magistrate judge to act on his 28 U.S.C. § 2241 (2012) petition and on his pending motions for appeal bonds. Our review of the district court's docket reveals that the magistrate judge recommended that the district court deny the motions for appeal bonds and dismiss without prejudice Orler's § 2241 petition and that the district court adopted the recommendation, denied the pending motions, and dismissed without prejudice the § 2241 petition. Accordingly, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis and deny Orler's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*